UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS WILLIAMS REAMS,<br><br>Defendant. | CASE NO. CR99-507-MJP<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted an initial hearing on alleged violations of supervised release in this case on July 11, 2007. The United States was represented by Nicholas Brown and Lawrence Lincoln. The defendant was represented by Michael Nance.

## CONVICTION AND SENTENCE

Defendant had been convicted of Bank Fraud on or about July 21, 2000. The Hon. Barbara J. Rothstein of this court sentenced Defendant to 33 months of confinement, 20 months to run concurrent and 10 months consecutive to a state conviction, followed by five years of supervised release. The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

//

//

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1-

## DEFENDANT'S ADMISSION

U.S. Probation Officer Monique Neal alleged that Defendant violated the conditions of supervised release in the following respects:

(1) Incurring new credit charges and opening additional lines of credit without approval of the U.S. Probation Officer, in violation of the special condition requiring him to do so.

I advised the defendant of the charge and of his constitutional rights. Defendant admitted the violation, waived any hearing as to whether it occurred, and consented to having the matter set for a disposition hearing before the Hon. Marsha J. Pechman

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of her/his supervised release as alleged and set the matter for a disposition hearing.

Defendant remains on supervised released pending a final determination by the Court.

DATED this 12th day of July, 2007.

_____
MONICA J. BENTON
United States Magistrate Judge

cc: Sentencing Judge         : Hon. Marsha J. Pechman
    Assistant U.S. Attorney  : Lawrence Lincoln
    Defense Attorney         : Michael Nance
    U. S. Probation Officer  : Monique Neal

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2-